IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC IVERSON, | ) <br> ) <br> ) <br> ) **CIVIL ACTION** <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> DONALD TRUMP, *et al.*, ) No. <br> ) <br> *Defendants.* ) <br> ) |

**MOTION FOR A PRELIMINARY INJUNCTION**

COMES NOW, pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, and Plaintiff moves this honorable Court to preserve the *status quo* by entering a preliminary injunction to enjoin Defendants from enforcing Executive Order 14203, Imposing Sanctions on the International Criminal Court, 90 Fed. Reg. 9369 (February 6, 2025) (EO 14203), against Plaintiff based upon his engagement in the investigation or prosecution of individuals who are not "protected persons" within the meaning of EO 14203. In support of this motion, Plaintiff relies upon the attached memorandum of points and authorities and declaration. A proposed order is attached.

Pursuant to LCvR 65.1(d), Plaintiff requests a hearing and argument on why this preliminary injunction should be granted.

Respectfully submitted

Dated: May 5, 2025
Washington, D.C.

/s/ Allison Ferber Miller
Allison Ferber Miller
Law Office of Allison Ferber Miller
5619 2nd Street South
Arlington, VA 22204
321-945-7615
allisonferbermiller@gmail.com

HUMAN RIGHTS FIRST
Joshua Colangelo-Bryan*
121 West 36th Street, PMB 520
New York, NY 10018
212-845-5243
colangeloj@humanrightsfirst.org

* Pro hac vice application forthcoming

*Attorneys for Plaintiff*