**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ERIC IVERSON, | ) ) ) | **CIVIL ACTION** |
| *Plaintiff,* | ) ) |  |
| *v.* | ) ) |  |
| DONALD TRUMP, *et al.,* | ) ) | No. |
| *Defendants.* | ) ) ) ) |  |

**[PROPOSED] ORDER**

It is hereby ORDERED that Plaintiff's motion for a preliminary injunction, filed with this Court on May 5, 2025, is GRANTED.

ORDERED that Defendants and their agents shall not investigate, prosecute, or cause any other action to be taken against Plaintiff, Eric Iverson, under the authority of EO 14203, Imposing Sanctions on the International Criminal Court, 90 Fed. Reg. 9369 (February 6, 2025) (EO 14203), based upon his engagement in the investigation or prosecution of individuals who are not "protected persons" within the meaning of EO 14203, pending a final judgment in this case.

Dated:

_____
United States District Judge