IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIC IVERSON, | ) ) ) ) | **CIVIL ACTION** |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| DONALD TRUMP, *et al.*, | ) ) | No. 25-1353 |
| *Defendants*. | ) ) ) ) | |

**NOTICE**

Per the Court's minute order this afternoon, I again attempted to contact counsel for Defendants via email at the following email address: USADC.ServiceCivil@usdoj.gov. I then attempted to call counsel for Defendants at (202) 252-1900, and left a voicemail.

Receiving no response, I contacted Terry Herny with the Department of Justice, Civil Division, Federal Programs. After providing Mr. Henry notice of the filings and the Judge's order, Mr. Henry referred me to Stephen Elliott, also with the Federal Programs Branch. Per Mr. Henry's instruction, I sent both Mr. Henry and Mr. Elliott an email providing notice of the filings and the status conference scheduled for 4:00pm on May 6, 2025.

Respectfully submitted

Dated: May 5, 2025
Washington, D.C.

/s/ Allison Ferber Miller
Allison Ferber Miller
Law Office of Allison Ferber Miller
5619 2nd Street South
Arlington, VA 22204
321-945-7615
allisonferbermiller@gmail.com