# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERIC IVERSON, | ) |
| *Plaintiff*, | ) CIVIL ACTION |
| v. | ) |
| DONALD TRUMP, *et al.*, | ) No. 25-1353 |
| *Defendants*. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Eric Iverson, hereby gives notice that the above-captioned case is hereby dismissed without prejudice. On May 12, 2025, the Office of Foreign Asset Control issued Mr. Iverson a specific license that mooted the need for the relief requested in his complaint, filed with this Court on May 6, 2025.

Dated: May 13, 2025
Washington, D.C.

Respectfully submitted,

/s/ Allison Ferber Miller
Allison Ferber Miller
Law Office of Allison Ferber Miller
5619 2nd Street South
Arlington, VA 22204
(321) 945-7615

Joshua Colangelo-Bryan*
HUMAN RIGHTS FIRST
121 West 36th Street, PMB 520
New York, NY 10018
* Pro hac vice

*Attorneys for Plaintiff*