IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REVOLUTION WIND, LLC,

    *Plaintiff,*

v.

DOUGLAS J. BURGUM, *et al.*,

    *Defendants,*

and

GREEN OCEANS,

    *Defendant-Intervenor.*

Case No.: 1:25-cv-02999-RCL

## ORDER GRANTING PRELIMINARY INJUNCTION

Plaintiff Revolution Wind, LLC ("Revolution Wind") has filed a motion for stay pending review and a preliminary injunction. Having considered all papers and evidence submitted in support of and in opposition to the Motion, the arguments of counsel and all other matters presented to the Court, and finding good cause appearing therefrom, for the reasons stated on the record in open court, the Court finds that Revolution Wind is entitled to a stay and preliminary injunction of the Bureau of Ocean Energy Management's August 22, 2025 Order issued to Revolution Wind "to halt all ongoing activities related to the Revolution Wind Project on the outer continental shelf (OCS)" and to "not resume activities until BOEM informs [Revolution Wind] that BOEM has completed its necessary review" (the "Order"). Furthermore, the Court finds that Revolution Wind is entitled to a preliminary injunction against the enforcement of the Order. Revolution Wind has demonstrated likelihood of success on the

merits of its underlying claims, it is likely to suffer irreparable harm in the absence of an injunction, the balance of the equities is in its favor, and maintaining the status quo by granting the injunction is in the public interest.

Accordingly, it is hereby:

**ORDERED** that the Motion be, and hereby is, GRANTED in its entirety; it is further

**ORDERED** that the Order is stayed and enjoined pending conclusion of these proceedings and Defendants are enjoined from imposing the Order until such time as the Court orders otherwise; it is further

**ORDERED** that Defendants be enjoined from enforcing the Stop Work Order.

IT IS SO ORDERED on this 22nd day of September, 2025.

*Royce C. Lamberth*
Honorable Royce C. Lamberth
United States District Judge